UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH A. THOMAS, MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated, | : : : : : | Case No. 3:17-cv-00137-JAM |
| *Plaintiff*, | : : | |
| *v.* | : | |
| HOSPITAL MEDIA NETWORK, LLC, a Connecticut limited liability company d/b/a HEALTH MEDIA NETWORK, LLC, | : : : : | |
| *Defendant*. | : | JULY 12, 2017 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY MOLLY A. ARRANZ

Pursuant to Local Rule of Civil Procedure 83.1(d), Gary S. Klein, a member of the bar of this Court and partner in the law firm of Carmody Torrance Sandak & Hennessey LLP, respectfully moves this Court for an order permitting Attorney Molly A. Arranz to be admitted as a visiting attorney to represent the Defendant in this action. In support of this motion, the movant states, based on the Affidavit of Molly A. Arranz attached hereto as Exhibit A, that:

1. Molly A. Arranz is a partner in the law firm of Smith Amundsen LLC, P.C., 150 North Michigan Ave, Suite 3300, Chicago, IL 60601, telephone number (312) 894-3307, fax number (312) 997-1707, e-mail: marranz@salawus.com.

2. Molly A. Arranz is a member in good standing of the Bars of the State of Illinois (Bar Number 6281122) and Wisconsin (Bar Number 1046113) and is admitted to practice before the United States Courts of Appeals for the Seventh (Bar Number 6281122) and Eleventh (Bar Number 6281122) Circuits and the United States District Courts for the Central District of Illinois (Bar Number 6281122), Northern District of Illinois (Bar Number 6281122); Northern District of Indiana (Bar Number 6281122), Eastern District of Michigan (Bar Number 6281122),

{S7075000}

Western District of Michigan (Bar Number 6281122); and Eastern District of Wisconsin (Bar Number 6281122).  There are no pending disciplinary complaints against her as to which a finding has been made that such complaint should be processed to a hearing.

3.  Molly A. Arranz has never been denied admission or disciplined by this Court or any other court.

4.  Molly A. Arranz has fully reviewed and is familiar with the Federal Rules of Civil Procedure and Criminal Procedure, Local Rules of the United States District Court, District of Connecticut, and the Connecticut Rules of Professional Conduct.

5.  Pursuant to Local Rule 83.1(d)(1)e, Attorney Arranz designates Gary S. Klein of Carmody Torrance Sandak & Hennessey LLP, 707 Summer ST, STE 300, Stamford, CT 06901-1026 as her agent for service of process.

6.  Pursuant to Local Rule 83.1(d)(1)e, Attorney Arranz designates the District of Connecticut as the forum of the resolution of any dispute arising out of her admission.

The movant further states that payment of the fee requested by Local Rule 83.1(d)(3) accompanies this motion.

Wherefore, the movant respectfully requests that this Court grant this motion and permit Attorney Molly A. Arranz to appear as a visiting attorney for Defendant in this action.

**THE MOVANT, GARY S. KLEIN**

By /s/ Gary S. Klein
Gary S. Klein (Federal Bar No. ct09827)
Carmody Torrance Sandak & Hennessey LLP
707 Summer ST, STE 300
Stamford, CT 06901-1026
(203) 252-2696
(203) 325-8608 (fax)
gklein@carmodylaw.com

{S7075000}

## CERTIFICATION OF SERVICE

I hereby certify that on July 12, 2017, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Gary S. Klein
      Gary S. Klein

{S7075000}