UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HOSPITAL MEDIA NETWORK, LLC, a Connecticut limited liability company d/b/a HEALTH MEDIA NETWORK, LLC,<br><br>*Defendant*. | Case No.: 3:17-cv-00137-JAM<br><br>Honorable Jeffrey A. Meyer |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kenneth A. Thomas MD, LLC ("Plaintiff") and Defendant Hospital Media Network, LLC ("Defendant") hereby stipulate that all claims of Plaintiff and the putative class in this action shall be dismissed *without* prejudice as to all parties, and with all parties to bear their own costs and attorneys' fees in any way related to this matter.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 18, 2017 | Dated: October 18, 2017 |
| By: /s/ Benjamin H. Richman | By: /s/ Molly A. Arranz |
| Benjamin H. Richman (*pro hac vice*)<br>brichman@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 13th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 | Molly A. Arranz (*pro hac vice*)<br>marranz@salawus.com<br>SMITH AMUNDSEN, LLC<br>150 North Michigan Avenue<br>Suite 3300<br>Chicago, Illinois 60601<br>Tel: 312.894.3307<br>Fax: 312.894.3210 |

1

| | |
|---|---|
| Jonathan M. Shapiro<br>jshapiro@shapirolawofficesct.com<br>SHAPIRO LAW OFFICES, LLC<br>32 Washington St.<br>Middletown, Connecticut 06457<br>860-347-3325<br>Fax: 860-347-3874<br><br>*Attorneys for Plaintiff and the Putative Class* | Gary Scott Klein<br>gklein@carmodylaw.com<br>CARMODY TORRANCE SANDAK &<br>HENNESSEY, LLP<br>707 Summer Street 3rd Floor<br>Suite 300<br>Stamford, Connecticut 06901-1026<br>Tel: 203.252.2696<br>Fax: 203.325.8608<br><br>*Counsel for Defendant Hospital Media Network, LLC* |

SO ORDERED this _____ day of _____, 2017.

_____, J.

## **CERTIFICATE OF SERVICE**

  I, Benjamin H. Richman, hereby certify that on October 18, 2017, I served the above and foregoing ***Stipulation of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41*** by causing a true and accurate copy of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 18th day of October 2017.

                /s/ Benjamin H. Richman